[No. 10027–4–II.   Division Two.   November 23, 1987.]

*In the Matter of the Marriage of* CATHERINE M. EGGERT,
*Appellant, and* FLOYD EGGERT, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 258908, Thomas A. Swayze, Jr., J., entered June 18, 1986. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.